No. 5208.—PUEBLO, apldo. *v.* LAWTON, aplte. y UGARTE, interventor, apldo.—C. D. San Juan.
Febrero 9, 1934.

Por los fundamentos consignados en la opinión emitida hoy en el caso No. 5189, *El Pueblo de Puerto Rico, demandante y apelado,* vs. *Charles E. Lawton, acusado y apelante,* y *Juan Comas Vera, taquígrafo repórter de la Corte sentenciadora, interventor y apelado,* se confirma la resolución apelada que dictó la Corte de Distrito de San Juan en mayo 16, 1933, en el caso arriba titulado.